Magistrate Judge Michelle L. Peterson

FILED ___ ENTERED
LODGED ___ RECEIVED

JUL 29 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>DIRK WALTER TICHGELAAR,<br><br>Defendant. | NO. CR21-114 RSL<br>CR21-115 RSL<br><br>CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE A UNITED STATES MAGISTRATE JUDGE |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the acceptance of my plea by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

//
//
//

CONSENT TO RULE 11 PLEA - 1
*United States v. Tichgellar*, CR21-114 RSL / CR21-115 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

I understand that if the United States Magistrate Judge orders the preparation of a presence investigation report, the assigned United States District Judge will then decide whether to accept or reject my plea of guilty and any plea agreement I may have with the United States and will adjudicate guilty and impose sentence.

DATED this 29th day of July 2021.

_____
DIRK WALTER TICHGELLAR
Defendant

_____
CHRISTOPHER SANDERS
JESSE CANTOR
Attorneys for Defendants

APPROVED:

_s/ Matthew P. Hampton_
MATTHEW P. HAMPTON
Assistant United States Attorney

CONSENT TO RULE 11 PLEA - 2
*United States v. Tichgellar*, CR21-114 RSL / CR21-115 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970