The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR21-114RSL |
|---|---|
| Plaintiff | |
| | **ORDER OF WITHDRAWAL** |
| v. | |
| DIRK WALTER TICHGELAAR, | |
| Defendant. | |

THIS MATTER comes before the Court on the parties stipulated motion to permit the withdrawal of the parties' stipulated motion to consolidate cases (Dkt 2). The Court, having reviewed the motion and being otherwise fully advised, GRANTS this motion.

The parties' stipulated motion to consolidate cases (Dkt 2) is hereby withdrawn..

DATED this __9th__ day of __August__, 2021.

*(signature)*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Order to Withdraw Motion
*United States v. Tichgelaar* CR21-114RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney

*s/ Jesse Cantor*
JESSE CANTOR
CHRISTOPHER SANDERS
Attorneys for Defendant

Order to Withdraw Motion
*United States v. Tichgelaar* CR21-114RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970