UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-cr-00114-RSL |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DIRK WALTER TICHGELAAR, | |
| Defendant. | |

The following Minute Order is made and entered at the direction of the Honorable Robert S. Lasnik, United States District Judge:

The sentencing hearing for the above-named defendant previously scheduled for Thursday, October 6, 2022 at 11:00 a.m., is rescheduled for **Thursday, November 3, 2022 at 11:30 a.m.**, in Room 15106 before the Honorable Robert S. Lasnik.

DATED this 17th day of August, 2022.

*/s/ Victoria Ericksen*
By Victoria Ericksen
Deputy Clerk to Hon. Robert S. Lasnik
victoria_ericksen@wawd.uscourts.gov