UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>DIRK WALTER TICHGELAAR,<br><br>                    Defendant. | CASE NO. 2:21-cr-00114-RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered at the direction of the Honorable Robert S. Lasnik, United States District Judge:

The sentencing hearing for the above-named defendant previously scheduled for Thursday, November 3, 2022 at 11:30 a.m., is rescheduled for **Thursday, January 12, 2023 at 9:00 a.m.,** in Room 15106 before the Honorable Robert S. Lasnik.

DATED this 25th day of October, 2022.

RAVI SUBRAMANIAN,
Clerk of Court

 */s/ Victoria Ericksen*
By Victoria Ericksen
Deputy Clerk to Hon. Robert S. Lasnik
victoria_ericksen@wawd.uscourts.gov

MINUTE ORDER - 1