UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DIRK WALTER TICHGELAAR,<br><br>　　　　　　　　Defendant. | CASE NO. 2:21-cr-00114-RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered at the direction of the Honorable Robert S. Lasnik, United States District Judge:

The sentencing hearing for the above-named defendant previously scheduled for Thursday, January 12, 2023 at 9:00 a.m., is rescheduled for **Thursday, April 6, 2023 at 11:00 a.m.,** in Room 15106 before the Honorable Robert S. Lasnik.

DATED this 3rd day of January, 2023.

　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN,
　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　 */s/ Victoria Ericksen*　　　　　　　
　　　　　　　　　　　　　　　　Deputy Clerk to Hon. Robert S. Lasnik

MINUTE ORDER - 1