UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIRK WALTER TICHGELAAR,<br><br>Defendant. | CASE NO. 2:21-cr-00114-RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered at the direction of the Honorable Robert S. Lasnik, United States District Judge:

The sentencing hearing for the above-named defendant previously scheduled for Thursday, July 13, 2023 at 11:00 a.m., is rescheduled for **Thursday, August 10, 2023 at 10:00 a.m.**, in Room 15106 before the Honorable Robert S. Lasnik.

DATED this 10th day of July, 2023.

RAVI SUBRAMANIAN,
Clerk of Court

 */s/ Victoria Ericksen*
Deputy Clerk to Hon. Robert S. Lasnik

MINUTE ORDER - 1