UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>DIRK WALTER TICHGELAAR,<br><br>　　　　　　Defendant. | NO.  CR21-114RSL<br>　　　　CR21-115RSL<br><br>ORDER OF REFERENCE |

The Court hereby refers to United States Magistrate Judge Brian A. Tsuchida, defendant's "Ex-Parte Motion to Withdraw as Counsel and for Appointment of New Counsel," docket #31, pending before this Court.

DATED this 26th day of July, 2023.

*(signature)*
Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE