THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,            )     Nos.  CR21-114-RSL   CR21-115-RSL
                                     )
            Plaintiff,               )     ORDER GRANTING *EX PARTE*
                                     )     MOTION TO WITHDRAW AS
        v.                           )     COUNSEL AND FOR APPOINTMENT
                                     )     OF NEW COUNSEL
DIRK TICHGELAAR,                     )
                                     )
            Defendant.               )
_____     )

        The Court has considered the *Ex Parte* Motion to Withdraw as Counsel and for

Appointment of New Counsel along with the records in this case. The Court has found

that appointment of new counsel is appropriate, warranted, and in the interests of

justice.

        IT IS ORDERED that the Federal Public Defender and Assistant Federal Public

Defenders Vanessa Pai-Thompson and Jesse Cantor are permitted to withdraw as

defense counsel in this matter, and that new defense counsel from the CJA Panel shall

be appointed. Withdrawing counsel shall notify the CJA Panel coordinator immediately

of this Order.

        DONE this  26  day of July 2023.

                                        _____
                                        BRIAN A. TSUCHIDA
                                        UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender

ORDER GRANTING *EX PARTE* MOTION TO
WITHDRAW AS COUNSEL AND FOR
APPOINTMENT OF NEW COUNSEL
(*U.S, v. Tichgelaar,* CR21-114-RSL & CR21-115-RSL)   - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**