UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>DIRK WALTER TICHGELAAR,<br><br>               Defendant. | CASE NO. 2:21-cr-00114-RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered at the direction of the Honorable Robert S. Lasnik, United States District Judge:

The sentencing hearing for the above-named defendant previously scheduled for Thursday, August 10, 2023 at 10:00 a.m., is rescheduled for **Thursday, October 5, 2023 at 11:00 a.m.**, in Room 15106 before the Honorable Robert S. Lasnik.

DATED this 2nd day of August, 2023.

                                      RAVI SUBRAMANIAN,
                                      Clerk of Court

                                      */s/ Victoria Ericksen*
                                      Deputy Clerk to Hon. Robert S. Lasnik

MINUTE ORDER - 1