# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DIRK WALTER TICHGELAAR,<br><br>  Defendant. | CASE NO. 2:21-cr-00114-RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered at the direction of the Honorable Robert S. Lasnik, United States District Judge:

The sentencing hearing for the above-named defendant previously scheduled for Thursday, October 5, 2023 at 11:00 a.m., is rescheduled for **Thursday, December 7, 2023 at 11:00 a.m.**, in Room 15106 before Judge Robert S. Lasnik.

DATED this 5th day of September, 2023.

RAVI SUBRAMANIAN,
Clerk of Court

  */s/ Victoria Ericksen*
Deputy Clerk to Hon. Robert S. Lasnik

MINUTE ORDER - 1