HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DIRK WALTER TICHGELAAR,<br><br>　　　　Defendant. | Cause No. 21-114 RSL<br><br>**MOTION TO FILE EXHIBIT UNDER SEAL**<br><br>Note on Motion Calendar:<br>March 19, 2024 |

Defendant requests entry of an order permitting him to file Exhibit 4 to his sentencing memorandum [Docket no. 38] under seal. The exhibit consists of the psychological report of James Manley PhD and contains private, sensitive information that would be unduly embarrassing and damaging to the Defendant if made available to the public. A copy of the report was previously provided to U.S. Probation. Defense Counsel will furnish a copy of the report to the Government via email.

MOTION TO FILE EXHIBIT UNDER
SEAL - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818

DATED: March 7, 2024.

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on March 7, 2024, I caused to be electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record.

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

MOTION TO FILE EXHIBIT UNDER SEAL - 2

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818