HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>DIRK WALTER TICHGELAAR,<br><br>  Defendant. | Cause No. 21-114 RSL<br><br>**ORDER PERMITTING EXHIBIT TO BE FILED UNDER SEAL** |

The Defendant has moved for an order requesting that Exhibit 4 to his sentencing memorandum – the Report of Dr. James Manley PhD – be filed under seal. The Defendant has shown good cause for his request, and it is hereby ordered that the Clerk file it under seal.

//

//

//

ORDER PERMITTING EXHIBIT TO BE
FILED UNDER SEAL - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818

DATED THIS ____ day of _____, 2024.

_____
HONORABLE ROBERT S. LASNIK
U.S. DISTRICT COURT JUDGE

Presented by:

/s/Gilbert H. Levy_____
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

ORDER PERMITTING EXHIBIT TO BE
FILED UNDER SEAL - 2

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818