The Honorable Robert S. Lasnik

1
2
3
4
5
6
7       UNITED STATES DISTRICT COURT FOR THE
        WESTERN DISTRICT OF WASHINGTON
8                      AT SEATTLE
9

10   UNITED STATES OF AMERICA,              NO. CR21-114 RSL
                                            NO. CR21-115 RSL
11                      Plaintiff

12

13                   v.                     UNITED STATES' MOTION TO
                                            SEAL DOCUMENT
14   DIRK WALTER TICHGELAAR,

15                      Defendant.          NOTE ON MOTION CALENDAR:
                                            March 25, 2024
16

17

18          The United States hereby requests that the Supplemental Exhibit to the

19   Government's Sentencing Memorandum, which will be filed under seal following this

20   motion, be allowed to remain under seal.

21   //

22   //

23   //

24

25

26

27

Motion to Seal Document                              UNITED STATES ATTORNEY
*United States v. Tichgelaar*                         700 STEWART STREET, SUITE 5220
CR21-114 RSL / CR21-115 RSL - 1                       SEATTLE, WASHINGTON 98101
                                                      (206) 553-7970

1   This exhibit is a letter from the victim in the defendant's Oregon state prosecution related

2   to the sexual abuse of a minor.  It contains sensitive and private details about the victim

3   that should be withheld from the public record.

4           DATED this 12th day of March, 2024.

5

6

7                                   Respectfully submitted,

8                                   TESSA M. GORMAN

9                                   United States Attorney

10

11                                   *s/ Matthew P. Hampton*
                                    MATTHEW P. HAMPTON
12                                   Assistant United States Attorney
                                    United States Attorney's Office
13                                   700 Stewart Street, Suite 5220
                                    Seattle, Washington 98101-1271
14                                   Phone: 206-553-6677
                                    Fax: 206-553-0882
15                                   Email: matthew.hampton@usdoj.gov

16                                   I hereby certify that this pleading contains 71
                                    words, in accordance with the Local Court
17                                   Rules.

18

19

20

21

22

23

24

25

26

27

Motion to Seal Document
*United States v. Tichgelaar*
CR21-114 RSL / CR21-115 RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970