The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> DIRK WALTER TICHGELAAR. <br><br> Defendant. | NO. CR21-114 RSL <br> NO. CR21-115 RSL <br><br> [Proposed] <br><br> ORDER TO SEAL DOCUMENT |

Having read the Government's Motion to Seal and because of the sensitive information contained in the Supplemental Exhibit to the Government's Sentencing Memorandum,

It is hereby ORDERED that the Supplemental Exhibit to the Government's Sentencing Memorandum shall remain sealed until further Order of the Court.

DATED this _____ day of _____, 20__.

_____
ROBERT S. LASNIK
United States District Judge

Presented by:

*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney

Order to Seal - 1
*United States v. Tichgelaar*
CR21-114 RSL / CR21-115 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970