HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DIRK WALTER TICHGELAAR,<br><br>Defendant. | Cause No.  21-114 RSL<br>Cause No.  21-115 RSL<br><br>**MOTION TO SEAL SENTENCING MEMORANDUM AND EXHIBIT**<br><br>Note on Motion Calendar:<br>March 25, 2024 |

The Defendant, by and through his Attorney, Gilbert H. Levy, respectfully moves for entry of an order sealing the Defendant's Sentencing Memorandum and the supporting exhibit filed 03/07/2024, (Documents 38 and 38-1).  The document contains sensitive information the nature of which would be harmful to another individual if it is accessible to the public.

MOTION TO SEAL SENTENCING
MEMORANDUM AND SUPPORTING
EXHIBIT- 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818

DATED: March 12, 2024.

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on March 12, 2024, I caused to be electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record.

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

MOTION TO SEAL SENTENCING
MEMORANDUM AND SUPPORTING
EXHIBIT- 2

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818