HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DIRK WALTER TICHGELAAR,<br><br>Defendant. | Cause No. 21-114 RSL<br>Cause No. 21-115 RSL<br><br>**ORDER SEALING DEFENDANT'S SENTENCING MEMORANDUM AND EXHIBIT** |

This matter comes before the court pursuant to the Defendant's Motion to seal the Sentencing Memorandum and Supporting Exhibit filed on 03/07/2024, (Documents 38 and 38-1), on the grounds that it contains sensitive information. The Court finds good cause for the Defendant's request and the Clerk is directed to file the Defendant's previously filed Sentencing Memorandum and Supporting Exhibits, (Documents 38 and 38-1), under seal.

ORDER SEALING DEFENDANT'S
SENTENCING MERANDUM AND
EXHIBIT - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818

DATED THIS ____ day of _____, 2024

_____
HON. ROBERT S. LASNIK
U.S. DISTRICT COURT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

ORDER SEALING DEFENDANT'S
SENTENCING MERANDUM AND
EXHIBIT - 2

**Gilbert H. Levy**
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818