UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRK WALTER TICHGELAAR,<br><br>    Defendant. | CASE NO. 2:21-cr-00114-RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered at the direction of the Honorable Robert S. Lasnik, United States District Judge:

The restitution hearing for the above-named defendant previously scheduled for Thursday, June 27, 2024 at 10:00 a.m., is rescheduled for **Thursday, September 26, 2024 at 11:00 a.m.,** in Room 15106 before Judge Robert S. Lasnik.

DATED this 21st day of June, 2024.

RAVI SUBRAMANIAN,
Clerk of Court

*/s/ Victoria Ericksen*
Deputy Clerk to Hon. Robert S. Lasnik

MINUTE ORDER - 1