United States District Court
Western District of Washington

# U.S. v. Dirk Walter Tichgelaar, CR21-114RSL/CR21-115RSL

**This individual would appear to meet the Court's guidelines for appointment of counsel because:**

☑ Individual has been advised of the right to have court appointed counsel

☐ Individual is a "target" of a Grand Jury investigation

☐ Individual may be exposed to self-incrimination

☐ Individual runs the risk of contempt (may refuse to answer Grand Jury questions)

**Additional Information:**

☐ Individual Received a Pre-charge letter from AUSA

☐ Individual has received a _____ to appear for:

☐ Individual was subject to a search of home or property by Federal Agents

☑ Other:  **Restitution Hearing set for 9/26/2024 @ 11:00 a.m. before Judge Lasnik. Defendant is currently in custody @ FCI Sheridan**

**Lupe Zamudio**                                                                 8/29/2024
_____
Submitted by (CJA Administration)                                          Date