UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>DIRK WALTER TICHGELAAR,<br><br>             Defendant. | CASE NO. 2:21-cr-00114-RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered at the direction of the Honorable Robert S. Lasnik, United States District Judge:

At the parties' request, the restitution hearing set for Thursday, September 26, 2024 at 11:00 a.m., is STRICKEN, with the issue of restitution to be decided on the pleadings. The parties' briefs on restitution are due September 30, 2024. Should the Court determine a hearing is necessary after reviewing the briefing, counsel will be notified.

DATED this 5th day of September, 2024.

RAVI SUBRAMANIAN,
Clerk of Court

 */s/ Victoria Ericksen*
Deputy Clerk to Hon. Robert S. Lasnik

MINUTE ORDER - 1