The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR21-114 RSL |
|---|---|
| Plaintiff | |
| v. | UNITED STATES' MOTION TO SEAL EXHIBITS |
| DIRK WALTER TICHGELAAR, | NOTE ON MOTION CALENDAR: |
| Defendant. | October 15, 2024 |

The United States hereby requests that Exhibits A through I to the Government's Restitution Memorandum, which will be filed under seal following this motion, be allowed to remain under seal. These exhibits contain sensitive information about victims in the above-captioned case which should be allowed to remain under seal to protect their privacy.

DATED this 30th day of September, 2024.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

 *s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: matthew.hampton@usdoj.gov

Motion to Seal Document
*United States v. Tichgelaar* / CR21-114 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970