The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> DIRK WALTER TICHGELAAR, <br><br> Defendant. | NO. CR21-114 RSL <br><br><br> NOTICE FILING PHYSICAL MATERIALS – CD/DVD – with CLERK |

This CD contains Exhibits A through I of the Government's Restitution Memorandum. The Government has moved to keep Exhibits A through I under seal on the docket, so the contents of the CD being filed should be kept under seal according to the ruling made on that motion.

The CD is encrypted due to current DOJ policies regarding security and encryption of removable electronic media.[1]  The password for this CD will be sent to Judge's Orders email box.

///

///

---

[1] See DOJ Order 2640.2F and USAP No. 3-16-200-015, Electronic Media Security and Encryption

Noting of Filing Physical Materials - 1
*United States v. Tichgelaar*, CR21-114 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Please contact the undersigned if you have any difficulties accessing the material.

DATED this 30th day of September, 2024.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-0882
Email: matthew.hampton@usdoj.gov

Noting of Filing Physical Materials - 2
*United States v. Tichgelaar*, CR21-114 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970