The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>DIRK WALTER TICHGELAAR<br><br>Defendant. | NO. CR21-114 RSL<br><br>ORDER TO SEAL EXHIBITS |

Having read the Government's Motion to Seal and because of the sensitive information contained in Exhibits A through I of the Government's Restitution Memorandum,

It is hereby ORDERED that Exhibits A through I of the Government's Restitution Memorandum shall remain sealed.

DATED this __16th__ day of __October__, 2024.

_____
ROBERT S. LASNIK
United States District Judge

Presented by:

_s/ Matthew P. Hampton_
MATTEHW P. HAMPTON
Assistant United States Attorney

Order to Seal - 1
*United States v. Tichgelaar* / CR21-114 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970